# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRINET GROUP, INC. and TRINET USA, INC. | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. 5:19-cv-00055-FB |
| BLANCA ABBUD, | § § § | |
| Defendant. | § § § § | |

**PLAINTIFFS' DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Plaintiffs TriNet Group, Inc. and TriNet USA, Inc., reports that TriNet USA, Inc. is a wholly-owned subsidiary of TriNet Group, Inc., which is a publicly traded corporation, and that no publicly traded corporation owns ten percent or more of TriNet Group, Inc.'s common stock.

DATED: January 23, 2019     HAWXHURST HARRIS LLP


 /s/ Gerald E. Hawxhurst
Gerald E. Hawxhurst
Attorneys for Plaintiffs TriNet Group, Inc. and
TriNet USA, Inc.