# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
|  | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____          _____
                                                            *Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

# CERTIFICATE OF SERVICE

   I CERTIFY that on the 31st day of January, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing as follows:

**Gerald E. Hawxhurst**
HAWXHURST HARRIS LLP
11111 Santa Monica Blvd. Suite 620
Los Angeles, CA 90025
jerry@hawxhurstllp.com


*/s/ Joseph N. Casas*
Joseph N. Casas