IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRINET GROUP, INC. and TRINET USA, INC. | § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. 5:19-cv-00055-FB |
| BLANCA ABBUD, | § § | |
| Defendant. | § | |

# SCHEDULING RECOMMENDATIONS

The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by May 15, 2019.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by May 20, 2019, and each opposing party shall respond, in writing, by June 3, 2019.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by June 17, 2019.

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required

by FED. R. CIV. P. 26(a)(2)(B) by June 16, 2019. Parties resisting claims for relief shall filed their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by July 1, 2019. All designations of rebuttal experts shall be designated within 14 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days of receipt of the written report of the expert's proposed testimony, or within 30 days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before December 31, 2019. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than January 31, 2020. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to 20 pages in length.

8. The trial date will be determined at a later date by the Court. The parties shall consult Local Rule CV-16(e)-(g) regarding matters to be filed in

advance of trial. At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

9.  All of the parties who have appeared in the action conferred concerning the contents of the proposed scheduling order on February 22, 2019 and the parties have agreed as to its contents.

DATED: March 15, 2019             Respectfully submitted,

                               /s/ Gerald E. Hawxhurst
Gerald E. Hawxhurst
Texas Bar No. 24090636
HAWXHURST HARRIS LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Tel: (512) 522-4995
Fax: (512) 522-4961
jerry@hawxhurstllp.com
Attorneys for Plaintiffs TriNet Group, Inc. and TriNet USA, Inc.

DATED: March 14, 2019             Respectfully submitted,

*/s/ Joseph N. Casas*
Joseph N. Casas
California Bar No. 225800
The Casas Law Firm, PC
11844 Bandera Road, #509
Helotes, Texas 78023
(855) 267-4457 Office
(855) 220-9626 Fax
joseph@casaslawfirm.com
Attorney for Defendant Blanca Abbud

# CERTIFICATE OF SERVICE

## When All Case Participants are Registered for the

## CM/ECF System

U.S. District Court Docket Number: 5:19-cv-00055-FB

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on March 15, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


DATED: March 15, 2019  HAWXHURST HARRIS LLP


By  s/ Gerald E. Hawxhurst
   Gerald E. Hawxhurst
   David S. Harris
   Kyle Foltyn-Smith
   Attorneys for Plaintiffs TriNet Group, Inc.
   and TriNet USA, Inc.